EX. "A"

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| FRANCIS MARTINEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:16-CV-00247-WCL-PRC ) |
| 3 MONKEYS LLC, | ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties, by and through their undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of Plaintiff's Complaint, and all claims made therein, against Defendant, in its entirety pursuant to the terms of the Settlement Agreement and Release signed in this matter, with prejudice and without costs or fees to either party.

**IT IS SO STIPULATED:**

Dated: July 28, 2017

By: [signature]

George T. Blackmore, Esq.
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Email: george@cnalawgroup.com
Telephone: (248) 845-8594
Fax: (480) 999-0665
*Attorney for Plaintiff*

Dated: July 28, 2017

By: [signature]

Glenn W. Kuchel, Esq.
Plum Creek Center
322 Indianapolis Blvd., Suite 104
Schererville, IN 46075
Email: gkuchel@greenkuchel.com
Telephone: (219) 322-0101
Fax: (219) 322-3771
*Attorney for Defendant*

EX. "A"

## CERTIFICATE OF SERVICE

I hereby certify that on _July 28_, 2017, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*[signature]*

**Green & Kuchel, P.C.**
Plum Creek Center
322 Indianapolis Blvd., Suite 104
Schererville, IN 46075
Email: gkuchel@greenkuchel.com
Telephone: (219) 322-0101
Fax: (219) 322-3771
*Attorney for Defendant*